USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 1/25/08

Beverly W. Garofalo (BG 7428)
THELEN REID BROWN RAYSMAN & STEINER LLP
185 Asylum Street
CityPlace II, 10th Floor
Hartford, CT 06103
(860) 275-6400 Telephone
(860) 275-6410 Facsimile

*Attorney for Defendant, Equant Inc.*
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------X
CHRISTINE CITRO LoGUIDICE,
                              Plaintiff,

          - against -

EQUANT INC.,
                              Defendant.
--------------------------------------------------X

Civil Action No.
05CV7416 (MGC)

**STIPULATED DISMISSAL
WITH PREJUDICE**

By and through their undersigned counsel, pursuant to Fed. R. Civ. P. 41(a)(1), plaintiff

Christine Citro LoGuidice and defendant Equant Inc., do hereby stipulate to the dismissal of the

Complaint in the above-captioned matter *with prejudice* and without attorneys' fees or costs to

either party.

Dated: April 21, 2008

Respectfully Submitted

Beverly W. Garofalo, Esq.
THELEN REID BROWN RAYSMAN &
STEINER LLP
CityPlace II, 10th Floor
Hartford, CT 06103
(860) 275-6400

Brian K. Condon, Esq.
CONDON RESNICK, LLP
96 South Broadway
Nyack, NY 10960
(845) 358-8900
Attorney for Plaintiff
*Christine Citro LoGuidice*

So Ordered.
April 23, 2008

United States District Judge